DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN T. RHEAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-85

[January 21, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl Isenhower, Judge; L.T. Case Nos. 562019MM000083A and Case No. 562020AP000018.

Shawn Rheal, Hollywood, pro se.

Bruce H. Colton, State Attorney, and Katy Reid, Assistant State Attorney, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***